UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-034-04ML** **DATE: August 16, 2005**

**TITLE: USA v. Alvin J. Perry**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Terrence P. Donnelly - Govt**
**George J. West - for Deft**
**Heather McLoughlin - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**No objections to the PSR. Counsel make their sentencing recommendations. Deft exercises his right of allocution. Court imposes sentence as to Counts I, III, & IV of the Indictment: 2 yrs' probation (concurrent terms). Special conditions of probation: the deft shall spend the first 6 months in home confinement, with electronic monitoring. The deft shall not leave home except for work, medical appointments, religious services, and grocery shopping, all with prior approval of the Probation Office. The deft shall perform 50 hours of community service as coordinated by the Probation Office. $300 total special assessment; no fine is imposed. Deft is advised of his right of appeal.**